# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SHARE THE LOVE MINISTRIES | : | |
| | : | |
| Plaintiff | : | Civil No.  13-cv-04483-RMB-AMD |
| | : | |
| v. | : | |
| RANCH HOPE, INC | : | |
| LEARNING DISABILITIES SOCIETY, INC. | : | |
| REV. DAVID L. BAILEY, SR. | : | |
| DAVID L. BAILEY, JR. | : | |
| | : | |
| Defendants. | : | |

## PROOF OF SERVICE

I, Daryl W. Winston, counsel for Plaintiff hereby deposes and states that I caused a true and correct copy of the Summons and Complaint to be served by personal service upon the Defendants, Ranch Hope, Inc., Learning Disabilities Society, Inc., Rev. David L. Bailey, Sr. and David L. Bailey, Jr., as evidenced by the Affidavits of Service attached hereto as **Exhibit A**.

Date: August 13, 2013

By:  /s Daryl W. Winston
Daryl W. Winston, Esquire
6 Shamrock Road
Lumberton, NJ  08048
(609) 261-5900
(609) 261-5947
dwinston@winslaw.com

*Attorney for Plaintiff*
*Share The Love Ministries*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of August 2013, I filed the foregoing Proof of

Service of the Summons and Complaint upon the Defendants with the court's electronic filing

system and served a true and correct copy of the above by United States First Class Mail upon

Defendants' counsel:

Donald L. Masten, Esquire
**Masten and Ray**
254 S. Broadway; PO Box 08070
Pennsville, NJ 08070
*Attorney for Defendants*

By:    /s Daryl W. Winston
Daryl W. Winston, Esquire
6 Shamrock Road
Lumberton, NJ  08048
(609) 261-5900
(609) 261-5947
dwinston@winslaw.com

*Attorney for Plaintiff*
*Share The Love Ministries*

# EXHIBIT A

Case 1:13-cv-04483-RMB-AMD   Document 2   Filed 07/24/13   Page 1 of 2 PageID: 13

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SHARE THE LOVE MINISTRIES,
*Plaintiff*

v.

RANCH HOPE, INC, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:13-CV--04483--RMB--AMD

TO: *(Name and address of Defendant):*
    Ranch Hope, Inc.
    45 Sawmill Road
    Alloway, NJ 08001

Sig:
Print: Joseph Johnson | Controller
Date: 7/30/2013
Time: 3:28pm
Telephone: 856-935-1555
ext 166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Nicholas Zotti
(By) DEPUTY CLERK

ISSUED ON 2013-07-25 11:26:53.0, Clerk
USDC NJD

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS:      <u>Civil Action Summons and Complaint</u>

SERVED:      <u>Ranch Hope, Inc.</u>

TELEPHONE:      <u>856-935-1555</u>

ADDRESS:      <u>45 Sawmill Road, Galloway, NJ 08001</u>

ATTORNEY:      <u>Daryl W. Winston, Esquire</u>

COUNTY OF VENUE:      <u>USDC</u>      CASE NO: <u>1:13CV04483-RMB-AMD</u>

<u>Share The Love Ministries</u>      VS      <u>Ranch Hope, Inc., et al.</u>
PLAINTIFF(S)            DEFENDANT(S)

Received this process on the <u>25th</u> day of <u>July 2013</u>, and served the same on the within named <u>Defendant</u> at
<u>3:30 PM</u> on the <u>30th</u> day of <u>July 2013</u>, in <u>Salem County</u>, <u>New Jersey</u>.

☐ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy
of the complaint, petition or other initial pleading or paper as indicated above.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition or
other initial pleading or paper as indicated above, at the within named person's usual place of abode, business
with a person residing at the said address, fourteen years of age or older, to wit and informing such persons of their contents.

☒ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of serve endorsed
thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: <u>Served Joseph</u>
<u>Johnson, Controller, on behalf of Ranch Hope, Inc.</u>, a corporation.

☐ NON-SERVICE: By returning the same this ___ day of _____, 2010, for the reason that after diligent search and
inquiry the above named could not be located in _____ County, _____, for the following reason: _____.

Sworn to and subscribed before me this
<u>7th</u> day of <u>August 2013</u>

_____
LINDA PROCOPIO CARACCI
Notary Public            ID # 2301204
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires June __, ___

Before me the undersigned
personally appeared Dominick Perice

_____

and being duly sworn, deposes and says
that he/she served the above on the above
named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191, Cherry Hill, New Jersey  08002

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SHARE THE LOVE MINISTRIES,
*Plaintiff*

V.                                          SUMMONS IN A CIVIL CASE

RANCH HOPE, INC, ET AL,
*Defendant*

CASE NUMBER: 1:13-CV-04483-RMB-AMD

TO: *(Name and address of Defendant):*

Learning Disabilities Society, Inc.
Newbolds Corner Road
Lumberton, NJ 08048

Sig: *[signature]* Johnson
Print: Joseph Johnson
Date: 7/30/2013
Time: 3:30pm
Telephone:
856-935-1555
Ext 166
*DW*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Nicholas Zotti
(By) DEPUTY CLERK

ISSUED ON 2013-07-25 11:26 53.0, Clerk
USDC NJD

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS:    <u>Civil Action Summons and Complaint</u>

SERVED:    <u>Learning Disabilities Society, Inc.</u>

TELEPHONE:    <u>856-935-1555</u>

ADDRESS:    <u>45 Sawmill Road, Galloway, NJ 08001</u>

ATTORNEY:    <u>Daryl W. Winston, Esquire</u>

COUNTY OF VENUE:    <u>USDC</u>    CASE NO: <u>1:13CV04483-RMB-AMD</u>

<u>Share The Love Ministries</u>    VS    <u>Ranch Hope, Inc., et al.</u>
PLAINTIFF(S)                        DEFENDANT(S)

Received this process on the <u>25th</u> day of <u>July 2013</u>, and served the same on the within named <u>Defendant</u> at <u>3:30 PM</u> on the <u>30th</u> day of <u>July 2013</u>, in <u>Salem County</u>, <u>New Jersey</u>.

☐ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with a person residing at the said address, fourteen years of age or older, to wit: _____ and informing such persons of their contents.

☒ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of serve endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: <u>Served Joseph Johnson, an authorized representative, on behalf of Learning Disabilities Society, Inc.</u> a corporation.

☐ NON-SERVICE: By returning the same this ___ day of _____, 2010, for the reason that after diligent search and inquiry the above named could not be located in _____ County, _____, for the following reason: _____.

Sworn to and subscribed before me this
<u>7th</u> day of <u>August 2013</u>

_____

LINDA PROCOPIO CARSON
Notary Public  ID # 2301204
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires June 04, 2012

Before me the undersigned
personally appeared Dominick Perice

_____

and being duly sworn, deposes and says
that he/she served the above on the above
named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191, Cherry Hill, New Jersey 08002

Case 1:13-cv-04483-RMB-AMD   Document 2   Filed 07/24/13   Page 1 of 2 PageID: 10

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SHARE THE LOVE MINISTRIES,
*Plaintiff*

v.

RANCH HOPE, INC, ET AL.,
*Defendant*

### SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:13-CV-04483-RMB-AMD

TO: *(Name and address of Defendant):*

Rev. David L. Bailey. Sr.
157 Woodstown Alloway Road
Woodstown, NJ 08098

Sig:
Print: Joseph Johnson / Corbetlee
Date: 4 Sep 2013
Time: 3:30 pm
Telephone:
856-935-1653
Def 166



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Nicholas Zotti
(s/) DEPUTY CLERK

ISSUED ON 2013-07-25 11:26:53.0, Clerk
JSDC NJD

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS:    <u>Civil Action Summons and Complaint</u>

SERVED:    <u>Rev. David L. Bailey, Sr.</u>

TELEPHONE:    <u>856-935-1555</u>

ADDRESS:    <u>45 Sawmill Road, Galloway, NJ 08001</u>

ATTORNEY:    <u>Daryl W. Winston, Esquire</u>

COUNTY OF VENUE:    <u>USDC</u>         CASE NO: <u>1:13CV04483-RMB-AMD</u>

<u>Share The Love Ministries</u>         VS         <u>Ranch Hope, Inc., et al.</u>
PLAINTIFF(S)                    DEFENDANT(S)

Received this process on the <u>25th</u> day of <u>July 2013</u>, and served the same on the within named <u>Defendant</u> at
<u>3:30 PM</u> on the <u>30th</u> day of <u>July 2013</u>, in <u>Salem County, New Jersey</u>.

☐ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy
of the complaint, petition or other initial pleading or paper as indicated above.

☒ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition or
other initial pleading or paper as indicated above, at the within named person's usual place of abode, business
with a person residing at the said address, fourteen years of age or older, to wit: <u>Served Joseph Johnson, on behalf of Rev.</u>
<u>David L. Bailey, Sr.</u> and informing such persons of their contents.

☐ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of serve endorsed
thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: a corporation.

☐ NON-SERVICE: By returning the same this ___ day of _____, 2010, for the reason that after diligent search and
inquiry the above named could not be located in _____ County, _____, for the following reason: _____.

Sworn to and subscribed before me this
<u>7th</u> day of <u>August 2013</u>

L. Batastin

LINDA PROCOPIO BATASTINI
Notary Public ID # 2301204
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires June 04, 2018

Before me the undersigned
personally appeared Dominick Perice

Dominick R Perice

and being duly sworn, deposes and says
that he/she served the above on the above
named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191, Cherry Hill, New Jersey  08002

Case 1:13-cv-04483-RMB-AMD   Document 2   Filed 07/24/13   Page 1 of 2 PageID: 13

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SHARE THE LOVE MINISTRIES,
*Plaintiff*

v.

RANCH HOPE, INC. ET AL.,
*Defendant*

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:13-CV-04483-RMB-AMD

TO: *(Name and address of Defendant):*

David L. Bailey, Jr.
157 Woodstown Alloway Road
Woodstown, NJ 08098
~~Attorney~~

Print: Jason Johnson / wtn112
Date: 7/30/2013
Time: 3:30 pm
Telephone: 856-935-1555
Ext 166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Nicholas Zotti
(By) DEPUTY CLERK

ISSUED ON 2013-07-25 11:26:53.0, Clerk
USDC NJD

AFFIDAVIT OF SERVICE

TYPE OF PROCESS:        <u>Civil Action Summons and Complaint</u>

SERVED:                <u>David L. Bailey, Jr.</u>

TELEPHONE:             <u>856-935-1555</u>

ADDRESS:               <u>45 Sawmill Road, Galloway, NJ 08001</u>

ATTORNEY:              <u>Daryl W. Winston, Esquire</u>

COUNTY OF VENUE:       <u>USDC</u>        CASE NO: <u>1:13CV04483-RMB-AMD</u>

<u>Share The Love Ministries</u>        VS        <u>Ranch Hope, Inc., et al.</u>
PLAINTIFF(S)                                DEFENDANT(S)

Received this process on the <u>25th</u> day of <u>July 2013</u>, and served the same on the within named <u>Defendant</u> at
<u>3:30 PM</u> on the <u>30th</u> day of <u>July 2013</u>, in <u>Salem County, New Jersey</u>.

☐ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process along with a copy
of the complaint, petition or other initial pleading or paper as indicated above.

☒ SUBSTITUTE SERVICE: By leaving a true copy of this process along with a copy of the complaint, petition or
other initial pleading or paper as indicated above, at the within named person's usual place of abode, business
with a person residing at the said address, fourteen years of age or older, to wit: <u>Served Joseph Johnson, on behalf of David
L. Bailey, Jr.</u> and informing such persons of their contents.

☐ CORPORATION SERVICE: By delivering a true copy of this process with the date and hour of serve endorsed
thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: a corporation.

☐ NON-SERVICE: By returning the same this ___ day of ____, 2010, for the reason that after diligent search and
inquiry the above named could not be located in ____ County, ____, for the following reason: ____.

Sworn to and subscribed before me this
<u>7th</u> day of <u>August 2013</u>

_____
LINDA PROCOPIO BATASTINI
ID # 2301204
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires June 04, 2019
Notary Public

Before me the undersigned
personally appeared Dominick Perice

_____

and being duly sworn, deposes and says
that he/she served the above on the above
named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191, Cherry Hill, New Jersey  08002