UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | November 1, 2013 |
| **COURT REPORTER: TED FORMAROLI** | |
| | **Docket #** 13-cv-4483(RMB/AMD) |

**TITLE OF CASE:**

SHARE THE LOVE MINISTRIES VS. RANCH HOPE, INC., ET AL.,

**APPEARANCES:**

Daryl W. Winston, Esquire for plaintiff
Erica Domingo, Esquire for defendant Ranch Hope, Inc.
Jean Sharon Chetney, Esquire for defendant Learning Disabilities Society, Inc.

**NATURE OF PROCEEDINGS:** PRE-MOTION CONFERENCE

Pre-Motion Conference Held.


Time commenced: 9:30a.m.                    Time Adjourned: 10:30a.m.

                                            Total 1 Hour

                                            s/ *Arthur Roney*
                                            DEPUTY CLERK


**cc: Chambers**