## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARE THE LOVE MINISTRIES | :<br>:<br>: |
| Plaintiff | : Civil No. 13-cv-04483-RMB-AMD<br>: |
| v. | : |
| RANCH HOPE, INC<br>LEARNING DISABILITIES SOCIETY, INC.<br>REV. DAVID L. BAILEY, SR.<br>DAVID L. BAILEY, JR. | :<br>: **STIPULATION OF DISMISSAL**<br>:<br>:<br>: |
| Defendants. | : |

TO THE CLERK:

Kindly mark all claims and counterclaims as dismissed as to all parties in the above captioned matter. It is hereby stipulated and agreed that all claims and counterclaims by and between Share The Love Ministries, Ranch Hope, Inc., Learning Disabilities Society, Inc. Rev. David L. Bailey, Sr. and David L. Bailey, Jr. individually and as agents in the above-captioned matter are DISMISSED from this action WITH PREJUDICE, and without costs or payment of any kind.

**Winston Law Firm, LLC**

s/Daryl Winston_____     s/Jean Chetney_____
By: Daryl Winston, Esq.                    Jean S. Chetney, Esq.
Attorney for Plaintiff/Counterclaim    Attorney for Learning Disabilities Society, Inc.;
Defendant Share The Love Ministries   Rev. David L. Bailey, Sr. and David L. Bailey, Jr.,
                                                              individually and as agents of LDS

**Folkman Law Offices, P.C.**

s/Benjamin Folkman_____
By: Benjamin Folkman, Esq.
Attorney for Ranch Hope, Inc.;
Rev. David L. Bailey, Sr. and
David L. Bailey, Jr., individually
and as agents of Ranch Hope, Inc.          Date: February 13, 2014